IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMBER GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-CV-116 JPG |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| SAMUEL ESSMA, M.D., MIDWEST ) | |
| ASSOCIATES RADIOLOGICAL, INC., ) | |
| and ALTON MEMORIAL ) | |
| HOSPITAL, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR SUMMARY JUDGMENT**

Comes now the Defendant, United States of America, by and through its attorneys, A. Courtney Cox, United States Attorney for the Southern District of Illinois, and Robert L. Simpkins, Assistant United States Attorney for said district, and for its motion for summary judgment states as follows:

1. The United States is entitled to summary judgement pursuant to Federal Rule of Civil Procedure 56 because there is no genuine issue as to any material fact regarding the standard of care or deviation therefrom.

2. This case is a medical malpractice case and plaintiff's only expert as to the standard of care required, and any deviation therefrom, an expert obstsretician/gynocologist, testified at his deposition that there was no deviation from the standard of care on the part of the government doctor, Dr. Saji Jacob.

3. That without expert testimony that Dr. Jacob deviated from the standard of care, the United States is entitled to summary judgement.

4.  That the defendant United States of America attaches hereto a memorandum in support of its motion for summary judgment.

WHEREFORE, for the foregoing reasons, the United States of America respectfully asks that the Court grant summary judgment in favor of the United States of America and against the plaintiff.

> Respectfully submitted,
>
> A. COURTNEY COX
> United States Attorney
>
>
> **/s/ *Robert L. Simpkins***
> ROBERT L. SIMPKINS
> Assistant United States Attorney
> 9 Executive Drive
> Fairview Heights, IL 62208
> Phone:   618-628-3700
> FAX:     618-622-3810
> E-mail:  Robert.Simpkins@usdoj.gov

**Certificate of Service**

      I hereby certify that on November 17, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Q. Keefe

                                        Respectfully submitted,

                                        A. COURTNEY COX
                                        United States Attorney


                                        /s/ *Robert L. Simpkins*
                                        ROBERT L. SIIMPKINS
                                        Assistant United States Attorney
                                        9 Executive Drive
                                        Fairview Heights, IL 62208
                                        Phone:   (618) 628-3700
                                        FAX:     (618) 622-3810
                                        E-mail:  Robert.Simpkins@usdoj.gov