IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMBER GRAY,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
SAMUEL ESSMA, M.D.,
MIDWEST ASSOCIATES
RADIOLOGICAL, INC.,
a corporation, and ALTON MEMORIAL
HOSPITAL, a not-for-profit corporation,

    Defendants.

CIVIL NO. 08-cv-116-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count I in favor of the defendant United States of America and against plaintiff Amber Gray; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts II through IV are dismissed without prejudice for lack of jurisdiction.

**DATED: April 15, 2010**        NANCY J. ROSENSTENGEL, **Clerk of Court**

                                      s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**